RECEIVED
OCT 16 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 4:19-CR-060 |
| ) | |
| v. ) | **SECOND** |
| ) | **SUPERSEDING INDICTMENT** |
| CHRISTOPHER LEE ZIMMERMAN, and ) | T. 21 U.S.C. § 841(a)(1) |
| BERT ANDREW BANDSTRA, ) | T. 21 U.S.C. § 841(b)(1)(A) |
| ) | T. 21 U.S.C. § 846 |
| Defendants. ) | T. 21 U.S.C. § 853 |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy to Distribute Controlled Substances)**

From a date unknown, but at least as early as January 2018, and continuing until on or about April 25, 2019, in the Southern District of Iowa and elsewhere, the defendants,

CHRISTOPHER LEE ZIMMERMAN, and
BERT ANDREW BANDSTRA,

conspired, with each other and other persons known and unknown to the Grand Jury,[1] to knowingly and intentionally distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

This is a violation of Title 21, United States Code, Section 846.

---

[1] Amber Jo Bonewitz and Troy James Clark, charged co-conspirators, have each entered guilty pleas to the Superseding Indictment, filed June 20, 2019.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Distribution of Methamphetamine)**

On or about November 8, 2018, in the Southern District of Iowa, the defendant,

CHRISTOPHER LEE ZIMMERMAN,

knowingly and intentionally distributed a controlled substance, namely, 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Distribution of Methamphetamine)**

On or about November 29, 2018, in the Southern District of Iowa, the defendant,

CHRISTOPHER LEE ZIMMERMAN,

knowingly and intentionally distributed a controlled substance, namely, 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
**(Distribution of Methamphetamine)**

On or about December 5, 2018, in the Southern District of Iowa, the defendant,

CHRISTOPHER LEE ZIMMERMAN,

knowingly and intentionally distributed a controlled substance, namely, 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 5**</u>
**(Distribution of Methamphetamine)**

On or about December 20, 2018, in the Southern District of Iowa, the defendants,

CHRISTOPHER LEE ZIMMERMAN,

knowingly and intentionally distributed a controlled substance, namely, 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 6**</u>
**(Distribution of Methamphetamine)**

On or about January 14, 2019, in the Southern District of Iowa, the defendants,

CHRISTOPHER LEE ZIMMERMAN,

knowingly and intentionally distributed a controlled substance, namely, 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

That upon conviction of the offense set forth in Count 1 of this Indictment, the defendant,

BERT ANDREW BANDSTRA,

shall forfeit to the United States of America, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: as to defendant BERT ANDREW BANDSTRA, a loaded, Ruger, Model Security 6, .357 revolver, bearing serial number 151-44385, seized from a residence in the 3200 block of 305th Street, Dows, Iowa, on or about January 30, 2019.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Mikaela J. Shotwell
Assistant United States Attorney

4