IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BERT ANDREW BANDSTRA,<br><br>    Defendant. | No. 4:19-cr-00060-RGE<br><br>VERDICT FORM |

Conspiracy to Distribute Methamphetamine

    With regard to the crime of conspiring to distribute methamphetamine, as charged in the Indictment, we, the jury, find the defendant, **Bert Andrew Bandstra**:

    \_\_\_\_\_ NOT GUILTY          _X_ GUILTY

**NOTE:** If you found the defendant guilty of conspiracy to distribute methamphetamine as charged in the Indictment, you must answer Interrogatory #1 on the next page and then sign and date this verdict form. If you find the defendant not guilty of conspiracy to distribute methamphetamine as charged in the Indictment, do not answer Interrogatory #1 and instead, only sign and date this verdict form.

Interrogatory #1:   We, the jury, find beyond a reasonable doubt, that the amount of methamphetamine that the defendant conspired to distribute was:

__X__ 500 grams or more of a mixture or substance containing methamphetamine;

_____ 50 grams or more, but less than 500 grams, of a mixture or substance containing methamphetamine; or

_____ some amount of a mixture or substance containing methamphetamine.

Oct 29, 2019
DATE

JURY FOREPERSON